[No. 2748-1.    Division One.    June 23, 1975.]

THE UNITED ASSOCIATION OF THE PLUMBING AND PIPEFITTING INDUSTRY, LOCAL NO. 32, *Respondent*, v. THE CITY OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 751760, Robert M. Elston, J., entered December 19, 1973. *Reversed* by unpublished opinion per Walter-skirchen, J. Pro Tem., concurred in by Williams, C.J., and Swanson, J.

[No. 3379-1.    Division One.    June 23, 1975.]

*In the Matter of the Welfare of* DANIEL STEARNS *et al.* MICHAEL STEARNS *et al, Petitioners*, v. THE SUPERIOR COURT FOR KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, Nos. J-72113, J-72114, Herbert M. Stephens, J., entered October 30, 1974. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Swanson, JJ.

[No. 2676-1.    Division One.    June 23, 1975.]

ORLANDO VIRAY *et al, Appellants*, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, INC., *et al, Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 703413, Peter K. Steere, J., entered November 14, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Swanson, JJ.

[No. 1179-3.    Division Three.    June 26, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD JOSEPH TUCEK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21909, John J. Lally, J., entered April 15, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.